**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6378**

DONALD E. GRIFFIN, JR.,

Plaintiff - Appellant,

v.

ALICE MASICO; AARON JOYNER,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Donald C. Coggins, Jr., District Judge.  (0:17-cv-02852-DCC)

Submitted:  July 16, 2019                                    Decided:  July 19, 2019

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Eugene Griffin, Jr., Appellant Pro Se.  Jerome Scott Kozacki, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald E. Griffin, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to Defendants in Griffin's 42 U.S.C. § 1983 (2012) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Griffin v. Masico*, No. 0:17-cv-02852-DCC (D.S.C. Feb. 14, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*